```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11186
   RITA D ESCO
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
 SSN XXX-XX-2275

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/22/2007 and was confirmed 08/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

     The case was dismissed after confirmation 12/12/2007.
------------------------------------------------------------------------------
 CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 COOK COUNTY TREASURER    SECURED               .00            .00           .00
 EMC MORTGAGE CORPORATION CURRENT MORTG         .00            .00           .00
 EMC MORTGAGE CORPORATION MORTGAGE ARRE         .00            .00           .00
 INTERNAL REVENUE SERVICE PRIORITY          4621.97            .00           .00
 AMERICAN COLLECTION      UNSECURED       NOT FILED            .00           .00
 AMERICAN MEDICAL COLLECT NOTICE ONLY     NOT FILED            .00           .00
 BANK OF AMERICA          UNSECURED       NOT FILED            .00           .00
 CAPITOL MANAGEMENT SERVI NOTICE ONLY     NOT FILED            .00           .00
 CHILDRENS MEMORIAL HOSPI UNSECURED       NOT FILED            .00           .00
 CHILDRENS MEMORIAL HOSPI UNSECURED       NOT FILED            .00           .00
 CITY OF CHICAGO PARKING  UNSECURED          700.00            .00           .00
 CLINICAL CARDIOLOGY CONS UNSECURED       NOT FILED            .00           .00
 FAIRLANE CREDIT LLC      SECURED VEHIC   3615.15            30.88        999.39
 JEFFERSON CAPITAL SYSTEM FILED LATE         255.38            .00           .00
 FREEDMAN ANSEIMO LINDBER NOTICE ONLY     NOT FILED            .00           .00
 TALBOT HOEVEL & ASSO PC  UNSECURED       NOT FILED            .00           .00
 ILLINOIS COLLECTION SERV UNSECURED       NOT FILED            .00           .00
 ILLINOIS COLLECTION SERV UNSECURED       NOT FILED            .00           .00
 ILLINOIS COLLECTION SERV UNSECURED       NOT FILED            .00           .00
 INSTANT CASH             UNSECURED       NOT FILED            .00           .00
 LOYOLA UNIVERSITY PHYSIC UNSECURED       NOT FILED            .00           .00
 MEDICAL RECOVERY SPECIAL NOTICE ONLY     NOT FILED            .00           .00
 MERCHANTS CREDIT GUIDE C NOTICE ONLY     NOT FILED            .00           .00
 MIDTOWN PHYSICIANS       UNSECURED       NOT FILED            .00           .00
 MIMIT PC                 UNSECURED       NOT FILED            .00           .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00           .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00           .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00           .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00           .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00           .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00           .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11186 RITA D ESCO
```

```
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED         1305.11            .00            .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED            .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED       NOT FILED            .00            .00
QUEST DIAGNOSTICS INC     UNSECURED       NOT FILED            .00            .00
ROBERT M WOLFBERG ESQ     NOTICE ONLY     NOT FILED            .00            .00
SIR FINANCE               UNSECURED         1564.00            .00            .00
US DEPT OF EDUCATION      UNSECURED        16269.91            .00            .00
VERIZON WIRELESS          UNSECURED         1835.68            .00            .00
WALGREENS                 UNSECURED       NOT FILED            .00            .00
WELTMAN WEINBERG & REIS   UNSECURED       NOT FILED            .00            .00
WF FIN BAN                UNSECURED       NOT FILED            .00            .00
FAIRLANE CREDIT LLC       SECURED NOT I         .00            .00            .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED          810.42            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1239.43            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          697.97            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1088.40            .00            .00
COMMONWEALTH EDISON       UNSECURED          453.81            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      1,800.00                         198.65
TOM VAUGHN                TRUSTEE                                            91.08
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,320.00

PRIORITY                                                 .00
SECURED                                               999.39
    INTEREST                                           30.88
UNSECURED                                                .00
ADMINISTRATIVE                                        198.65
TRUSTEE COMPENSATION                                   91.08
DEBTOR REFUND                                            .00
                       ---------------       ---------------
TOTALS                    1,320.00               1,320.00
```

            PAGE  2 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 11186 RITA D ESCO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE